# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTOPHER PAKURIS** and **VERONICA PAKURIS,**
Appellants,

v.

**PALM COVE GOLF & YACHT CLUB COMMUNITY ASSOCIATION, INC.;
PALM COVE HOLDINGS, LLC; JOSEPH P. WHITE** and **ROBERTA M.
BOSCAGLIA** a/k/a **ROBERTA M. WHITE,**
Appellees.

No. 4D19-3684

[March 11, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 13000272CAAXMX.

Jennifer S. Carroll of the Law Offices of Jennifer S. Carroll, P.A., Jupiter; and William N. Swift of William N. Swift, P.A., Palm City, for appellants.

Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for appellee Palm Cove Golf and Yacht Club Community Association, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*